UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



8k 8l6b

---

| | |
|---|---|
| **Adam Yuzuk,**<br><br>              **Plaintiff,**<br><br>-v-<br><br><br>**Steven Kahn, et al**<br>              **Defendants.** | Case No.<br>05-cv-8802 (KMK)(GuG)<br><br>REFERRAL ORDER<br>ECF |

KENNETH M. KARAS, District Judge:

The above entitled action is referred to Magistrate Judge Gabriel W. Gorenstein for the

following purpose(s):

__  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

__  Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

V  Settlement*

__  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

__  Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

__  Habeas Corpus

__  Social Security

__  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
All such motions: _____

___    Inquest After Default/Damages Hearing

---

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    August 14, 2006
          New York, New York

Kenneth M. Karas
United States District Judge