UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ADAM YUZUK,

                  Plaintiff,

      -against-

STEVEN KAHN, JARROD KAHN, EVAN MITTMAN,
SOL KARPMAN, MARK KARPMAN, CIPRIANI
ACCESSORIES, INC., THE MAX LEATHER GROUP,
INC., JMJ REALTY, LLP and KARPMAN &
COMPANY, C.P.A.'s P.C.,

                  Defendants.

---------------------------------------------------------------x

05-CV-8802
(KMS) (GWG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/06

### STIPULATION AND [PROPOSED] ORDER

WHEREAS, the Court issued a Case Management and Scheduling Order, dated April 25, 2006 (the "Order").

WHEREAS, the Order provided that, among other things, (i) depositions were to be completed by August 15, 2006, (ii) requests to admit were to be completed by August 22, 2006, (iii) fact discovery was to be completed by August 31, 2006, (iv) plaintiff's expert disclosures were to be completed by September 30, 2006, and (v) defendants' expert disclosures were to be completed by October 31, 2006.

WHEREAS, the parties suspended discovery in this matter from approximately July 14, 2006 until August 4, 2006, while they engaged in settlement discussions;

WHEREAS, those settlement discussions were not successful;

WHEREAS, the parties now believe that additional time is necessary to complete the discovery described above;

IT IS HEREBY stipulated and agreed, by and between the undersigned that,

1.    Subject to the Court's approval, the Order be amended as follows:

    (a)    Depositions are to be completed by October 30, 2006;

    (b)    Fact discovery is to be completed by October 30, 2006;

(c)    Requests to admit are to be served by November 6, 2006;

(d)    Plaintiff's expert disclosures are to be completed by October 16, 2006;

(e)    Defendants' expert disclosures are to be completed by November 13, 2006;

2.    All other dates in the Order remain unchanged.

3.    This Stipulation may be executed in counterparts, each of which shall be deemed an original; and,

4.    A faxed signature shall be deemed an original for purposes of this Stipulation.

DATED:   August 11, 2006
New York, New York

| WOLLMUTH MAHER & DEUTSCH | MEYER, SUOZZI, ENGLISH & KLEIN, P.C. |
|---|---|
| By: _____<br>Mathew B. West | By: _Jeffrey Stark /AHC_<br>Jeffrey Stark, Esq. |
| Attorneys for Plaintiff Adam Yuzuk | Attorneys for Defendants Steven Kahn, Jarrod Kahn, Evan Mittman, Cipriani Accessories, Inc., The Max Leather Group, Inc., and JMJ Realty, LLP |
| _Daniel Gammerman /AHC_<br>Daniel Gammerman, Esq.<br>Attorney for Defendants Sol Karpman, Mark Karpman and Karpman & Company, C.P.A.'s P.C. | |

SO ORDERED.

_____
U.S.D.J.  8/13/06

2