KAHN, S.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
ADAM YUZUK,                                           x    CIVIL ACTION NO. 05-CV-8802
                                                      x
                    Plaintiff,                        x    (KMK) (GWG)
                                                      x
          -against-                                   x
                                                      x
STEVEN KAHN, JARROD KAHN, EVAN MITTMAN,                x
SOL KARPMAN, MARK KARPMAN, CIPRIANI                    x
ACCESSORIES, INC., THE MAX LEATHER GROUP,              x
INC., JMJ REALTY, LLP and KARPMAN &                    x
COMPANY, C.P.A.'s P.C.,                                x
                                                      x
                    Defendants.                       x
------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/06
```

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel, that:

1. The above-captioned action be, and hereby is, dismissed with prejudice and without costs or attorneys' fees or expenses to any party; and,

2. This Stipulation may be executed in counterparts, each of which shall be deemed an original; and,

3. A faxed signature shall be deemed an original for purposes of this Stipulation.

Dated: September 11, 2006
       New York, New York

WOLLMUTH MAHER & DEUTSCH, LLP          MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

_____         _____
Mathew B. West                          Howard B. Kleinberg
500 Fifth Avenue                        1505 Kellum Place
New York, New York  10110               P.O. Box 803
                                        Mineola, New York  11501-0803
*Attorneys for Adam Yuzuk*
                                        *Attorneys for Cipriani Accessories, Inc. and*
                                        *The Max Leather Group, Inc.*

_____
Daniel Gammerman
6800 Jericho Turnpike
Suite 110W
Syosset, New York 11791

*Attorneys for Marc Karpman, Sol Karpman
and Karpman & Company, C.P.A.'s P.C.*

SO ORDERED:

U.S.D.J. 9/13/06